# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2902

_____

Allan D. Hardy,                               *
                                              *
            Appellant,                        *
                                              *   Appeal from the United States
      v.                                      *   District Court for the
                                              *   District of Minnesota.
Dana Moorhead; St. Paul Probation,            *
                                              *   [UNPUBLISHED]
            Appellees.                        *

_____

Submitted: August 4, 2006
Filed: August 15, 2006

_____

Before SMITH, MAGILL, and BENTON, Circuit Judges.

_____

PER CURIAM.

Minnesota inmate Allan Hardy appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 action. Having carefully reviewed the record, we agree with the district court's decision to dismiss the case, and accordingly affirm. *See* 8th Cir. R. 47A(a). To the extent Hardy's numerous requests filed with this court may be construed as motions on appeal, they are denied as moot.

_____

[1]The Honorable James M. Rosenbaum, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendation of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.